UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JODI FENNELL, | Case No. 2:15-cv-01466-APG-PAL |
| Plaintiff, | **REPORT OF FINDINGS AND RECOMMENDATION** |
| v. | |
| ST. JUDE'S RANCH FOR CHILDREN, et al., | |
| Defendants. | |

This matter is before the court on Plaintiff Jodi Fennell's failure to comply with this court's Order (Dkt. #3) and Order to Show Cause (Dkt. #4).

On August 26, 2015, the court entered an Order (Dkt. #3) requiring Fennell to file a notice with the court disclosing all persons, associations of persons, firms, partnerships or corporations (including parent corporations) that have a direct, pecuniary interest in the outcome of the case on or before September 15, 2015. The order warned Fennell that her failure to comply "may result in the issuance of an order to show cause why sanctions should not be imposed." *Id.* Fennell failed to file the notice and did not request an extension of time in which to comply with the court's Order (Dkt. #3).

On September 22, 2015, the court entered an Order to Show Cause (Dkt. #4) because Fennell failed to comply with the court's previous Order (Dkt. #3). The court directed Fennell to show cause in writing no later than October 13, 2015, why she had not complied with the court's Order (Dkt. #3). The Order to Show Cause (Dkt. #4) advised Fennell that "[f]ailing to comply with court's orders may result in sanctions, up to and including case-dispositive sanctions." Fennell failed to file a response to the Order to Show Cause (Dkt. #4), and she has not requested an extension of time in which to do so.

/ / /

1    Fennell's willful failure to comply with the court's Orders is an abusive litigation practice
2 that has interfered with the court's ability to hear this case, delayed litigation, disrupted the
3 court's timely management of its docket, wasted judicial resources, and threatened the integrity
4 of the court's orders and the orderly administration of justice.  The notice is required for the
5 court to assess whether a conflict of interest exists that requires an assigned judge to disqualify
6 himself or herself.  Sanctions less drastic than dismissal are unavailable because Fennell has
7 willfully refused to comply with multiple court Orders.

   Accordingly,

   **IT IS RECOMMENDED** that Plaintiff Fennell's Complaint be **DISMISSED** unless she files the notice no later than **December 7, 2015.**

   DATED this 16th day of November, 2015.

                                                                          _____
                                                                          PEGGY A. LEEN
                                                                          UNITED STATES MAGISTRATE JUDGE