UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JODI FENNELL,<br><br>                Plaintiff,<br><br>    v.<br><br>ST. JUDE'S RANCH FOR CHILDREN, et al,<br><br>                Defendants. | Case No. 2:15-cv-01466-APG-PAL<br><br>**Order Accepting Report and Recommendation**<br><br>(Dkt. #5) |

On November 16, 2015, Magistrate Judge Leen entered her Report and Recommendation recommending dismissal of plaintiff's complaint unless she files a notice disclosing all persons and entities that have a direct, pecuniary interest in the outcome of the case no later than December 7, 2015. (Dkt. #5.) No objection has been filed to that Report and Recommendation. Thus, I am not required to conduct "any review at all ... of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

IT IS HEREBY ORDERED that the Report and Recommendation **(Dkt. #5) is accepted**. Because plaintiff filed her notice on December 7, 2015, the case will not be dismissed.

Dated: January 25, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE